BEFORE THE FIRST DIVISION, NOVEMBER 29, 1956

**No. 60384.**—American Express Company *v.* United States, protest 190982–K/3980 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pendants the same in all material respects as those the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiff was sustained.